## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DANIEL R. VERMEERSCH,

       Plaintiff,                              Case No. 25-cv-11386
                                                Hon. Matthew F. Leitman

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

_____/

## ORDER STAYING CASE

**IT IS HEREBY ORDERED** that the above-referenced matter is stayed for sixty (60) days pending the finalization of the release and settlement agreement.  The Parties shall file a dismissal of the action with prejudice within sixty (60) days, or move to lift the stay for further proceedings if a settlement is not finalized.

                           s/Matthew F. Leitman
                           MATTHEW F. LEITMAN
                           UNITED STATES DISTRICT JUDGE

Dated:  October 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2025, by electronic means and/or ordinary mail.

                           s/Holly A. Ryan
                           Case Manager
                           (313) 234-5126